[No. 17739-7-I.   Division One.   July 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WILBUR
HAISLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-01259-0, Mary Wicks Brucker, J.,
entered January 10, 1986. *Dismissed* by unpublished per
curiam opinion.

[No. 19030-0-I.   Division One.   July 20, 1987.]

DEBORAH WILCOX, *Appellant,* v. FARMERS INSURANCE COM-
PANY OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 85-2-00636-7, Harry A. Follman, J., entered
July 21, 1986. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Scholfield, C.J., and Ringold, J.

[No. 17419-3-I.   Division One.   July 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. SILVIO
CONDOMINA-PALENZUELA, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 85-1-00059-0, Gerald L. Knight, J.,
entered October 31, 1985. *Affirmed* by unpublished opinion
per Ringold, A.C.J., concurred in by Pekelis, J., and Wil-
liams, J. Pro Tem.

[No. 16221-7-I.   Division One.   July 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD GENE
BEAGLES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-03107-3, James J. Dore, J., entered April
11, 1985. *Remanded* by unpublished opinion per Webster,
J., concurred in by Pekelis, J., Swanson, J., dissenting.